# JANET, JENNER & SUGGS, LLC
*Attorneys at Law*

*Howard A. Janet, P.C.\**
*Kenneth M. Suggs\*\**
*Robert K. Jenner, P.C.\*§*
*Jean M. Jones, R.N., J.D.\*§*
*Stephen C. Offutt\*§■*
_____

\* *Member of Maryland Bar*
\*\* *Member of South Carolina Bar*
§ *Member of District of Columbia Bar*
§§ *Member of Pennsylvania Bar*
† *Member of Georgia Bar*
■ *Member of Minnesota Bar*

**Maryland Office**
*Woodholme Center*
*1829 Reisterstown Road*
*Suite 320*
*Baltimore, Maryland  21208*
*(410) 653-3200      Fax (410) 653-9030*

**South Carolina Office**
*500 Taylor Street*
*Columbia, South Carolina 29201*
*(803) 726-0050      Fax (803) 727-1059*

*Stephen R. Suggs\*\**
*Gerald D. Jowers, Jr.\*\**
*John J. Cord\*§§†§■*
*Maria H. Dawson, R.N., J.D.\**
*Sharon R. Guzejko\**
*Keith D. Forman\**
*Francis M. Hinson, IV\*\**
_____

*Of Counsel*
*Giles H. Manley, M.D., J.D.\**

*info@medlawlegalteam.com*
*www.medlawlegalteam.com*
*Toll Free (888) 463-3529*

*Please respond to the Maryland office*

August 1, 2007

**VIA ELECTRONIC FILING**

The Honorable Richard D. Bennett
United States District Judge
United States District Court
    for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

> RE:   Stillmock v. Ross Stores, Inc.
>        Civil Action No. RDB 07-1344

Dear Judge Bennett:

      In accordance with the Court's July 18, 2007 Scheduling Order, Plaintiffs write to advise the Court that the parties have conferred and (1) do not wish to request an early settlement/ADR conference, and (2) do not wish to proceed before a United States Magistrate Judge at this time.

      Finally, the parties have conducted a conference regarding the discovery of electronically stored information, and intend to continue these discussions in an attempt to reach an agreement.

**JANET, JENNER & SUGGS, LLC**
*Attorneys at Law*
The Honorable Richard D. Bennett
August 1, 2007
Page Two

                                                Respectfully submitted,

                                                /s/
                                                Keith D. Forman (Bar No. 28349)
                                                JANET JENNER & SUGGS, LLC

                                                Counsel for Plaintiffs

cc:      Robert A. Scott
           Counsel for Defendants